722 A.2d 105

IN THE MATTER OF DAVID A. VALVANO,
AN ATTORNEY AT LAW.

January 15, 1999.

## ORDER

The Disciplinary Review Board on October 14, 1998, having filed with the Court its decision concluding that **DAVID A. VALVANO** of **MONTAGUE,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate), and for failing to appear or to waive his appearance at the Disciplinary Review Board proceeding in this matter, and good cause appearing;

It is ORDERED that **DAVID A. VALVANO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.